**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>                                    **Plaintiff,**<br>vs.<br><br>**JAMIL J. YASIN**<br><br>                                    **Defendant.** | CASE NO.: 3:21-MJ-06021-DEA<br><br>[PROPOSED] CONSENT ORDER FOR RELEASE ON BAIL WITH CONDITIONS |

This matter being opened before the Court by Defendant, Jamil J. Yasin, through counsel, Tim Anderson, Esq., for an Order releasing Defendant on bail, subject to supervision by a third-party custodian, and subject to standard conditions for release and certain other conditions to be specified in said Order; and the United States Attorney for the District of New Jersey (Ian Brater, Esq., Assistant United States Attorney, appearing) having consented; and United States Pretrial Services (Lura Jenkins, United States Pretrial Officer) having approved the custodian and plan for supervision; and for good cause having been shown:

**IT IS** on this __9th__ day of July 2021, **ORDERED:**

(1)   that Defendant, Jamil J. Yasin, be released with the following conditions:

   a.   <u>Location Monitoring with Home Detention:</u>  Defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services officer

   b.   Execution of a $100,000 unsecured appearance bond to be executed by Defendant

   c.   Travel restricted to the District of New Jersey unless otherwise approved by Pretrial Services

   d.   Defendant to have no contact with co-defendant unless in the presence of counsel

   e.   Erika Rucker to serve as Third Party Custodian

   f.   Defendant is to surrender any and all passports and travel documents and not apply for a new passport

  g. Mental health testing and/or treatment as directed by Pretrial Services

  h. Substance abuse testing or treatment as directed by Pretrial Services

  i. Defendant must register as a sex offender for a prior conviction

  j. Defendant shall maintain his current residence or a residence approved by Pretrial Services

  k. Defendant shall not possess a firearm, destructive device, or other weapon

  l. Defendant to be released from the Essex County jail directly to his Third-Party Custodian, Erika Rucker, on Monday, July 12, 2021 at 10 am. Third Party Custodian and the defendant are to report from the jail directly to the Martin Luther King Federal Courthouse at 50 Walnut Street, Newark, New Jersey to the Pretrial Services Office for the installation of Location Monitoring.

  m. Defendant to be processed by the U.S. Marshals Service at a date to be determined.

(2) Upon entry of this Order, Defendant is Ordered released.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

_____
Tim Anderson, Esq.
Counsel for Defendant

_____
Ian D. Brater
Assistant U.S. Attorney