**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>　　　　　　　　　　**Plaintiff,**<br><br>**vs.**<br><br>**JAMIL J. YASIN**<br><br>　　　　　　　　　　**Defendant.** | **CASE NO.: 3:21-MJ-06021-DEA**<br><br>**CONSENT ORDER MODIFYING RELEASE CONDITIONS** |

　　　　This matter being opened before the Court by Defendant, Jamil J. Yasin, through counsel, Tim Anderson, Esq., for an Order granting permission to attend a birthday celebration in East Orange, New Jersey, for his Third-Party custodian/fiancée's daughter on Wednesday, June 1, 2022; and the United States Attorney for the District of New Jersey (Ian Brater, Esq., Assistant United States Attorney, appearing) having consented; and United States Pretrial Services (David Hernandez, Senior United States Pretrial Officer) specifically not consenting to Mr. Yasin attending social functions that are not a holiday or necessity at this time, but having no objection to Mr. Yasin making this request to the Court; and for good cause shown,

　　　　**IT IS** on this __26th__ day of May 2022,

　　　　**ORDERED** that the defendant may travel from his home in East Orange, New Jersey, to a specified hall in East Orange, New Jersey, on Wednesday, June 1, 2022, with his Third-Party Custodian/fiancée, for a birthday celebration, between 5:45PM and 11:45PM [including travel time]; it is further

　　　　**ORDERED** that the defendant shall provide all travel details to Pretrial Services and the government at least three days prior to his travel date of June 1, 2022; it is further

　　　　**ORDERED** that the defendant must travel with this Third-Party Custodian; it is further

　　　　**ORDERED** that all other conditions of release set forth in the Court's Order for Release on Bail with Conditions, dated July 9, 2021, remain in full force and effect.

SO ORDERED.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

*s/ Ian D. Brater*
_____
Ian D. Brater
Assistant U.S. Attorney


_____
Tim Anderson, Esq.
Counsel for Defendant