# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br>vs.<br><br>**JAMIL J. YASIN**<br><br>**Defendant.** | **CASE NO.: 3:21-MJ-06021-DEA**<br><br>**CONSENT ORDER MODIFYING RELEASE CONDITIONS** |

 This matter being opened before the Court by Defendant, Jamil J. Yasin, through counsel, Tim Anderson, Esq., for an Order granting temporary release of Defendant's United States passport for the purpose of using it as identification to assist in obtaining a non-driver identification card; and the Defendant having an appointment with the New Jersey Motor Vehicle Commission (Wayne location) on Monday, August 15, 2022, at 1:15 pm; and the United States Attorney for the District of New Jersey (Ian Brater, Esq., Assistant United States Attorney, appearing) having consented; and United States Pretrial Services (David Hernandez, Senior United States Pretrial Officer) having no objection to Mr. Yasin making this request to the Court; and for good cause shown,

 **IT IS** on this __12th__ day of August 2022,

 **ORDERED** that Pretrial Services temporarily release to Jamil J. Yasin his United States passport, no later than the morning of Monday, August 15, 2022, in sufficient time for Mr. Yasin to attend his 1:15pm appointment that day at the New Jersey Motor Vehicle Commission (Wayne location); it is further

 **ORDERED** that Jamil J. Yasin return his passport to Pretrial Services no later than 11:00a.m. on Tuesday, August 16, 2022; it is further

 **ORDERED** that all other conditions of release set forth in the Court's Order for Release on Bail with Conditions, dated July 9, 2021, remain in full force and effect.

-2-

SO ORDERED.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

*s/ Ian D. Brater*
_____
Ian D. Brater
Assistant U.S. Attorney


_____
Tim Anderson, Esq.
Counsel for Defendant