PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

**SEALED**

U.S.A. vs. **Jamil J. Yasin**                                    Docket No. **21-6021**

### Petition for Action on Conditions of Pretrial Release

COMES NOW DAVID HERNANDEZ PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Jamil J. Yasin**, who was placed under pretrial release supervision on July 9, 2021 by the **HONORABLE Douglas E. Arpert** sitting in the Court at 402 East State Street, Trenton, New Jersey, on a $100,000 Unsecured Appearance Bond. The following conditions were also imposed.

1. The defendant shall be released into the third-party custody of Erika Rucker.
2. Pretrial Services Supervision.
3. Home Detention, with location monitoring.
4. Travel restricted to New Jersey unless otherwise approved by Pretrial Services.
5. Substance abuse testing and/or treatment as directed by Pretrial Services.
6. Surrender any and all passports and not apply for any new documents.
7. Mental health testing/treatment as directed by Pretrial Services.
8. Defendant must register as a sex offender for a prior conviction.
9. Maintain current residence or a residence approved by Pretrial Services.
10. Shall not possess a firearm, destructive device or other weapon.

The defendant was released from custody on July 12, 2021 and placed on location monitoring.

On September 22, 2022, the defendant's bail was modified from home detention with locating monitoring to a curfew with location monitoring.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

**Praying that the Court will order that a warrant will be issued for the defendant's arrest.
THIS PETITION SHALL BE SEALED UNTIL SUCH TIME AS THE WARRANT
IS EXECUTED AND UPON FURTHER ORDER OF THE COURT.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this __6th__ day of __December__, __2022__ and ordered filed and made a part of the records in the above case. | Executed on ____12/6/2022____ |
| _[signature]_ | _David Hernandez_ |
| Douglas E. Arpert<br>United States Magistrate Judge | DAVID HERNANDEZ<br>Senior United States Pretrial Services Officer |