UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>vs.<br><br>**JAMIL J. YASIN**<br><br>Defendant. | CASE NO.: 3:23-CR-212 (PGS)<br><br>CONSENT ORDER MODIFYING RELEASE CONDITIONS |

This matter being opened before the Court by Defendant, Jamil J. Yasin, through counsel, Tim Anderson, Esq., for an Order granting permission to (1) travel to Edison, New Jersey, on Friday, June 2, 2023, with his Third-Party Custodian/fiancée, to attend a birthday celebration for his Third-Party custodian/fiancée's daughter; and (2) for permission to travel to Weehawken, New Jersey, following the celebration to attend a birthday dinner at a specified restaurant in Weehawken, New Jersey; and the United States Attorney for the District of New Jersey (Ian Brater, Esq., Assistant United States Attorney, appearing) having consented; and United States Pretrial Services (Barbara Hutchinson, Supervisory United States Pretrial Services Officer) specifically not consenting to Mr. Yasin attending social functions that are not a necessity at this time, but having no objection to Mr. Yasin making this request to the Court; and for good cause shown,

**IT IS** on this __26th__ day of May, 2023,

**ORDERED** that the defendant may travel with his Third-Party Custodian/fiancée from his home in East Orange, New Jersey, to (1) Edison, New Jersey, to attend a birthday celebration for his Third-Party Custodian/fiancée's daughter; and (2) the defendant may travel to Weehawken, New Jersey, following the celebration for a birthday dinner at a specified restaurant, on Friday, June 2, 2023, between 11:45AM and 11:00PM [including travel time]; it is further

**ORDERED** that the defendant shall provide all travel details to Pretrial Services and the government prior to his travel date of June 2, 2023; it is further

**ORDERED** that the defendant must travel with his Third-Party Custodian/fiancée; it is further

**ORDERED** that all other conditions of release set forth in the Court's Order for Release on Bail with Conditions, dated July 9, 2021, as modified on December 7, 2022, remain in full force and effect.

                                                SO ORDERED.

                                                _____
                                                HONORABLE DOUGLAS E. ARPERT
                                                United States Magistrate Judge

Form and entry consented to:

*s/Ian D. Brater*
_____
Ian D. Brater
Assistant U.S. Attorney

_____
Tim Anderson, Esq.
Counsel for Defendant