## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>                    **Plaintiff,**<br><br>vs.<br><br><br><br>**JAMIL J. YASIN**<br><br>                    **Defendant.** | CASE NO.:  3:23-CR-212 (PGS)<br><br>CONSENT ORDER MODIFYING RELEASE CONDITIONS – SUBSTITUTION OF THIRD-PARTY CUSTODIAN |

This matter being opened before the Court by Defendant, Jamil J. Yasin, through counsel, Tim Anderson, Esq., for an Order granting the substitution of Defendant's Third-Party Custodian, as approved by U.S. Pretrial Services, in that Defendant's current Third-Party Custodian, Erika Rucker, has requested that Defendant no longer live with her, and in that Defendant's proposed new Third-Party Custodian (his mother, Deborah Robinson) has been approved by U.S. Pretrial Services; and the United States Attorney for the District of New Jersey (Ian Brater, Esq., Assistant United States Attorney, appearing) having consented; and United States Pretrial Services (David Hernandez, United States Pretrial Services Officer) consenting to this request and approving of the new Third-Party Custodian; and for good cause shown,

**IT IS** on this  16th  day of June, 2023,

**ORDERED** that the Defendant's current Third-Party Custodian, Erika Rucker, is hereby substituted for by Defendant's new Third-Party Custodian, Deborah Robinson, as approved by U.S. Pretrial Services;

**ORDERED** that the Defendant shall reside at the address in East Orange of his new Third-Party Custodian, Deborah Robinson, subject to all other conditions of release currently in effect.

**ORDERED** that all other conditions of release set forth in the Court's Order for Release

on Bail with Conditions, dated July 9, 2021, as modified on December 7, 2022, remain in full force and effect.

SO ORDERED.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

*s/Ian D. Brater*

_____
Ian D. Brater
Assistant U.S. Attorney

_____
Tim Anderson, Esq.
Counsel for Defendant