<u>UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>　　　　　　　　　　**Plaintiff,**<br><br>vs.<br><br>**JAMIL J. YASIN**<br><br>　　　　　　　　　　**Defendant.** | CASE NO.:  3:23-CR-212 (PGS)<br><br>**CONSENT ORDER MODIFYING RELEASE CONDITIONS** |

　　　This matter being opened before the Court by Defendant, Jamil J. Yasin, through counsel, Tim Anderson, Esq., for an Order modifying a previous order [ECF No. 98], which granted permission for Mr. Yasin to travel to a Father's Day event at his previous Third-Party Custodian's father's home, to instead permit Mr. Yasin to travel with his adult son, Jamil Simms, to a restaurant in Weehawken, New Jersey, on Sunday, June 18, 2023, for a Father's Day dinner with his son; and the United States Attorney for the District of New Jersey (Ian Brater, Esq., Assistant United States Attorney, appearing) having consented; and United States Pretrial Services (David Hernandez, United States Pretrial Services Officer) also consenting and having no objection to Mr. Yasin making this request to the Court; and for good cause shown,

　　　**IT IS** on this __16th__ day of June, 2023,

　　　**ORDERED** that the defendant may travel from his home in East Orange, New Jersey, to Weehawken, New Jersey, on Sunday, June 18, 2023, with his adult son, Jamil Simms, for a Father's Day dinner, between 5:30PM and 9:30PM [including travel time]; it is further

　　　**ORDERED** that the defendant shall provide all travel details to Pretrial Services and the government prior to his travel date of June 18, 2023; it is further

　　　**ORDERED** that the defendant must travel with his adult son, Jamil Simms, as approved by Pretrial Services; it is further

**ORDERED** that all other conditions of release set forth in the Court's Order for Release on Bail with Conditions, dated July 9, 2021, as modified on December 7, 2022, remain in full force and effect.

SO ORDERED.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

*s/Ian D. Brater*

_____
Ian D. Brater
Assistant U.S. Attorney

_____
Tim Anderson, Esq.
Counsel for Defendant