UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>       **Plaintiff,**<br><br>**vs.**<br><br>**JAMIL J. YASIN**<br><br>       **Defendant.** | **CASE NO.: 3:23-CR-212 (PGS)**<br><br>**CONSENT ORDER MODIFYING RELEASE CONDITIONS** |

  This matter being opened before the Court by Defendant, Jamil J. Yasin, through counsel, Tim Anderson, Esq., for an Order granting permission to travel to the home of his fiancée's father in Mount Vernon, New York, on Thursday, November 16, 2023, with his Third-Party Custodian, for a birthday celebration dinner for his fiancée with his fiancée's family; and the United States Attorney for the District of New Jersey (Ian Brater, Esq., Assistant United States Attorney, appearing) having consented; and United States Pretrial Services (Stephen Griggs, United States Pretrial Services Officer) specifically not consenting to Mr. Yasin attending social functions that are not a holiday or necessity at this time, but having no objection to Mr. Yasin making this request to the Court; and for good cause shown,

  **IT IS** on this __15th__ day of November 2023,

  **ORDERED** that the defendant may travel to Mount Vernon, New York, on Thursday, November 16, 2023, with his Third-Party Custodian, for a birthday celebration dinner at the home of his fiancée's father, between 3:00PM and 10:00PM [including travel time]; it is further

  **ORDERED** that the defendant shall provide all travel details to Pretrial Services and the government at least three days prior to his travel date of November 16, 2023; it is further

  **ORDERED** that the defendant must travel with this Third-Party Custodian; it is further

  **ORDERED** that all other conditions of release set forth in the Court's Order for Release on Bail with Conditions, dated July 9, 2021, remain in full force and effect.

-2-

SO ORDERED.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

_____
Tim Anderson, Esq.
Counsel for Defendant

*s/Ian D. Brater*

_____
Ian D. Brater
Assistant U.S. Attorney