## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>vs.<br><br>**JAMIL J. YASIN**<br><br>**Defendant.** | **CASE NO.:  3:23-CR-212 (PGS)**<br><br>**CONSENT ORDER MODIFYING RELEASE CONDITIONS** |

This matter being opened before the Court by Defendant, Jamil J. Yasin, through counsel, Tim Anderson, Esq., for an Order granting permission to travel to the home of his fiancée's father in Mount Vernon, New York, on Thursday, November 23, 2023, with his Third-Party Custodian, for a Thanksgiving celebration with his fiancée's family; and the United States Attorney for the District of New Jersey (Ian Brater, Esq., Assistant United States Attorney, appearing) having consented; and United States Pretrial Services (Stephen Griggs, United States Pretrial Services Officer) also having consented to this request for attendance at this holiday family event; and for good cause shown,

**IT IS** on this __15th__ day of November 2023,

**ORDERED** that the defendant may travel to Mount Vernon, New York, on Thursday, November 23, 2023, with his Third-Party Custodian, for a Thanksgiving family celebration at the home of his fiancée's father, between 3:00PM and 10:00PM [including travel time]; it is further

**ORDERED** that the defendant shall provide all travel details to Pretrial Services and the government at least three days prior to his travel date of November 23, 2023; it is further

**ORDERED** that the defendant must travel with this Third-Party Custodian; it is further

**ORDERED** that all other conditions of release set forth in the Court's Order for Release on Bail with Conditions, dated July 9, 2021, remain in full force and effect.

-2-

SO ORDERED.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

_____
Tim Anderson, Esq.
Counsel for Defendant

*s/Ian D. Brater*

_____
Ian D. Brater
Assistant U.S. Attorney