UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>JAMIL J. YASIN<br><br>Defendant. | CASE NO.: 3:23-CR-212 (PGS)<br><br>RESCISSION OF CONSENT ORDER (ECF DOC. NO. 107) MODIFYING RELEASE CONDITIONS |

This matter, having been opened before the Court by Defendant, Jamil J. Yasin, through counsel, Tim Anderson, Esq., requesting an Order rescinding the recently-granted Consent Order Modifying Release Conditions (ECF Doc. No. 107) (regarding permission to attend a family Thanksgiving event on Thurs., Nov. 23, 2023), and based on Defendant Jamil Yasin's Voluntary Withdrawal of Previous Request for Consent Order Modifying Release Conditions -- Thanksgiving (ECF Doc. No. 108 ), and United States Pretrial Services (Stephen Griggs, United States Pretrial Services Officer) independent request for rescission of the Consent Order (ECF Doc. No. 107); and the United States Attorney for the District of New Jersey (Ian Brater, Esq., Assistant United States Attorney, appearing) having no objection; and for good cause shown,

**IT IS** on this  21st  day of November 2023,

**ORDERED** that the Consent Order Modifying Release Conditions (ECF Doc. No. 107) is hereby rescinded; it is further

**ORDERED** that all other conditions of release set forth in the Court's Order for Release on Bail with Conditions, dated July 9, 2021, remain in full force and effect.

SO ORDERED.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge