UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMIL J. YASIN | Crim. No. 23-212 (PGS)<br><br>**ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

This matter having come before the Court on the motion of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Ian D. Brater, Assistant United States Attorney, appearing) based on the Defendant's failure to comply with the conditions of pretrial release; and the Court having heard and considered the arguments of the parties at a bail review hearing conducted on November 27, 2023, including Tim Anderson, Esq., appearing with and on behalf of Defendant Jamil Yasin; and for the reasons set forth on the record and for good cause shown,

IT IS, on this 27th day of November, 2023,

ORDERED that the defendant's conditions of pretrial release are hereby modified as follows: (1) the defendant shall be subject to the condition of home incarceration with electronic monitoring; (2) the defendant shall report to Pretrial Services within 36 hours of his release from custody so that Pretrial Services may outfit the defendant with the necessary electronic monitoring equipment; (3) the defendant shall have no contact, direct or indirect, with the

alleged victim, E.R., in the state court case docketed under Complaint No. W-2023-002099-0706; (4) the defendant shall not return to the residence of E.R. at 315 South Harrison Street, Apt. 327, East Orange, New Jersey; (5) the defendant shall refrain from E.R.'s place of employment; and (6) the defendant shall stay at least 1,000 feet away from E.R. at all times.

IT IS FURTHER ORDERED that the defendant shall abide by the conditions of release set forth in the Pretrial Release Order issued by the Superior Court of New Jersey, Essex County, under Complaint No. W-2023-002099-0706, which conditions are incorporated herein.

IT IS FURTHER ORDERED that all other conditions of pretrial release previously imposed, which do not conflict with the modified conditions set forth in this Order, remain in full force and effect.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge