# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Mag ~~Crim~~ No. 21-6021 (DEA) |
| | : CR23-212(PGS) |
| v. | : |
| | : **ORDER MODIFYING CONDITIONS** |
| JAMIL J. YASIN | : **OF PRETRIAL RELEASE** |

This matter having come before the Court on the Petition for Action on Conditions of Pretrial Release by U.S. Pretrial Services on December 6, 2022 and the motion of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Ian D. Brater, Assistant United States Attorney, appearing) based on the Defendant's failure to comply with the conditions of pretrial release; and the Court having heard and considered the arguments of the parties at a bail review hearing conducted on December 7, 0222 and December 12, 2022; and for the reasons set forth on the record and for good cause shown,

IT IS, on this 12th day of December, 2022,

ORDERED that the defendant's conditions of pretrial release are hereby modified as follows: (1) the condition of a curfew is removed and replaced with the condition of home incarceration with electronic monitoring; (2) all medical appointments for the Defendant must be approved in advance by Pretrial Services; and (3) the Defendant is not to seek any further prescription

medications without the prior consent and approval of Pretrial Services. All other conditions of pretrial release previously imposed remain in effect.

IT IS FURTHER ORDERED that the Defendant's compliance with the modified conditions set forth above shall be reviewed with Pretrial Services thirty (30) days from the date that this Order is entered.


2/21/2024 as originally stated on the
record on 12/12/2022.
DEA

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge